# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DING XIAOYANG (1),<br>  aka Ding Hao,<br>  aka Manager Chen,<br>CHENG QINGMIN (2)<br>  aka Manager Cheng,<br>ZHU YUNMIN (3),<br>  aka Zhu Rong,<br>WU SHURONG (4),<br>  aka goodperson,<br>  aka ha0r3n,<br>  aka Shi Lei,<br><br>Defendants. | Case No.: 21CR1622-GPC<br><br>**ORDER TO UNSEAL THE INDICTMENT** |

IT IS HEREBY ORDERED that the Indictment is unsealed.

DATED: July 16, 2021

HON. BARBARA L. MAJOR
United States Magistrate Judge